# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

DERRICK WEI CHEN GAN,

      Petitioner,

v.

CHAD WOLF, et al.,

      Respondents.

Case No.: 2:20-cv-00980-APG-DJA

**Order**

    Derrick Wei Chen Gan filed this petition for writ of habeas corpus.  Gan has not filed an application to proceed *in forma pauperis* or paid the filing fee.  Moreover, the petition is a duplicate of the petition he previously filed in Case No. 2:20-cv-00947-APG.  In that case I directed the petition be served and I ordered the respondents to respond on an expedited briefing schedule. *Id*. at ECF No. 3.  It appears from the record that this second action was inadvertently opened in error.  Thus, this petition is dismissed without prejudice.

    I THEREFORE ORDER the Clerk of Court to detach and file the petition (ECF No. 1).

    I FURTHER ORDER that the petition is **DISMISSED** without prejudice.

    Dated: June 8, 2020

                                    _____

                                    U.S. District Judge Andrew P. Gordon